United States Bankruptcy Court
Eastern District of Missouri

| | |
|---|---|
| *Debtor:* **STEVEN D. CASTELLARI** | Case #: 09-41648 <br> Chapter 7 |
| *Trustee:* Robert Blackwell | *Document Title:* <br> Motion to Reopen Case <br> *In response to:* <br> n/a <br> *Hearing Information:* <br> Date:   not set <br> Location: Eagleton Courthouse; St. Louis |

## MOTION TO REOPEN CASE

Comes now Steven D. Castellari , through his attorney, and for his Petition to Reopen bankruptcy states:

1. That the bankruptcy case was filed February 27, 2009 as a Chapter 7 bankruptcy. The meeting of creditors and the discharge hearing were subsequently held. The file was closed on or about June 4, 2009 without discharge for failing to timely file his Financial Management Certificate.

2. Debtor filed his Financial Management Certificate on June 4, 2009.

2. Debtor wishes to Reopen his case to allow filing of his Financial Management Certificate to obtain his discharge.

WHEREFORE, debtor prays that he be granted the right to reopen the file upon payment of appropriate fees, to allow and acknowledge the late filing of his Financial Management Certificate and that his case be closed with discharge granted.

/s/ James L. Van Dillen
Attorney for Debtor, ARN#45994 MBE#22232
1420 Strassner
Saint Louis, MO 63144
(314)962-1115; Fax:(314)962-2379
jvandillen@vf-pc.com

Dated: February 16, 2011