**UNITED STATES BANKRUPTCY COURT**
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Fourth Floor
St. Louis, MO 63102

In re  **Case No.: 09–41648 – A399**
Debtor(s):  **CHAPTER: 7**
Steven Douglas Castellari – See below for reported alias information.
xxx−xx−6423
− See below for reported alias information.

### Order on Motion to Reopen Case to Allow Debtor(s) to File Financial Management Course Certificate(s) and/or File Certification(s) of Domestic Support Obligation(s) and/or Statistical Summary of Certain Liabilities

This case, filed on February 27, 2009, was closed by the Court's Final Decree on June 4, 2009, without the issuance of an Order of Discharge. The Debtor(s) has(ve) moved the Court to reopen this case so that the requisite Financial Management Course Completion Certificate(s) and/or Certification(s) of Domestic Support Obligation(s) and/or Statistical Summary of Certain Liabilities may be filed. The Debtor(s) has(ve) now submitted the requisite document(s) indicated below. Upon consideration and review of the record in this case, it is

**ORDERED** that the Debtor's(s') motion to reopen this case is **GRANTED**, and that this case shall be and is hereby reopened for the limited purpose of allowing the Clerk of Court to docket the document(s) indicated below. Upon the entry of the Order of Discharge in this case, the Clerk of Court shall re−close this case. All other relief requested in the Debtor's(s') motion to reopen this case is hereby denied.

☑ Official Form 23 or Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☐ Certification of Domestic Support Obligations.

☐ Statistical Summary of Certain Liabilities.

*Barry S Schermer*

**U. S. Bankruptcy Judge**

Dated: 2/23/11

**Reported Alias Information:**
Steven Douglas Castellari −
−

01/10