UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 08-45657-705 |
| MCGUIRE, MATTHEW L | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

## MOTION TO REOPEN CASE AND SET ASIDE REPORT OF NO DISTRIBUTION

**COMES NOW** Robert J. Blackwell, Trustee, by and through his undersigned counsel, and for his Motion to Reopen Case pursuant to 11 U.S.C. §350, states to the Court as follows:

1. On July 30, 2008, Debtor filed his Chapter 7 Bankruptcy Petition.
2. Robert J. Blackwell ("Trustee") was appointed the Chapter 7 Trustee in Debtor's case.
3. On September 2, 2008, Trustee filed a Report of No Distribution.
4. Trustee has been informed of a class action lawsuit of sufficient value to justify administration.
5. Trustee is reopening this case to be able to file sufficient documentation and administer upon said asset.
6. The Trustee requests that the Report of No Distribution be set aside.

WHEREFORE, the Trustee prays an Order of this Court reopening Debtor's Chapter 7 Bankruptcy Estate, and waiving any fee for reopening; and the Trustee prays an Order of this Court setting aside the Report of No Distribution; and for such other and further Orders as the Court deems just and proper.

Respectfully submitted,
**Blackwell & Associates, P.C.**

*/s/* Robert J. Blackwell
Robert J. Blackwell / 23179MO
Chapter 7 Trustee
P.O. Box 310, O'Fallon, MO 63366-0310
(636) 240-3632 / Fax (636) 240-6803
rblackwell@blackwell-lawfirm.com

## CERTIFICATE OF SERVICE

I, Christie Thomas, hereby certify that on the 6th day of September, 2012, the above was electronically filed with the United States Bankruptcy Court. The United States Trustee's Office and JAMES L VAN DILLEN, Esq., Attorney for the Debtor receive electronic notifications of filings in this case. A copy was mailed on the same day to the Debtor, Matthew McGuire, 117 North 3rd Street, Apt. 9, St Charles, MO 63301.

Christie Thomas