UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In Re:                                                      )
MCGUIRE, MATTHEW L                          )    Case No. 08-45657-705
                                                            )    Chapter 7
                                                            )    Regarding Document Number  _____
         Debtor.                                       )

### ORDER REOPENING CASE AND SET ASIDE REPORT OF NO DISTRIBUTION

Upon a review of the Court's record in this matter and for good cause shown;

**IT IS HEREBY ORDERED** that the Trustee's Motion to Reopen Case and Setting Aside Report of No Distribution is granted to administer on said bankruptcy estate.

DATED:  September 7, 2012                                        CHARLES E. RENDLEN
St. Louis, Missouri 63102                                           U.S. Bankruptcy Judge
mtc

**Copies To:**
**Order Prepared By:**
Robert J. Blackwell, Trustee
2678 Babble Creek, P.O.  Box 310, O'Fallon, MO  63366-0310
(636) 240-3632 / Fax (636) 240-6803
rblackwell@blackwell-lawfirm.com

United States Trustee's Office
111 South Tenth Street, Suite 6353, St. Louis, Missouri 63102

JAMES L VAN DILLEN, Esq., Attorney for the Debtor
1420 Strassner, St. Louis, Mo  63144

Matthew L McGuire
117 North 3rd Street, Apt. 9, St Charles, MO  63301